# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB PAUL SMITH,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>SKOKOMISH INDIAN TRIBE,<br><br>    Garnishee. | NO.   3:16-mc-05002-BHS<br><br>(3:04-CR-5226-2)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Jacob Paul Smith, from Skokomish Indian Tribe, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Skokomish Indian Tribe, whose address is Skokomish Indian Tribe, Attn: Winona Plant, 80 North Tribal Center Road, Skokomish, WA 98584.

//

//

DATED this 11 day of February, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT