**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:16-MC-05002-BHS |
| Plaintiff, | (3:04-CR-5226-2) |
| v. | **Order Terminating Garnishment Proceeding** |
| JACOB PAUL SMITH, | |
| Defendant/Judgment Debtor, | |
| and | |
| SKOKOMISH INDIAN TRIBE, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated and that the Garnishee, Skokomish Indian Tribe, is relieved of further responsibility pursuant to this garnishment.

//

[PROPOSED] ORDER TERMINATING GARNISHMENT
PROCEEDING (*USA v. Jacob Paul Smith and Skokomish Indian Tribe,*
USDC#: 3:16-MC-05002-BHS/3:04-CR-5226-2) - 1

1   DATED this 14 day of _____, 2016.

2

3   _____

4   BENJAMIN H. SETTLE
    UNITED STATES DISTRICT COURT JUDGE

5

6   Presented by:

7   s/ Kyle A. Forsyth_____

8   KYLE A. FORSYTH
    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TERMINATING GARNISHMENT
PROCEEDING (*USA v. Jacob Paul Smith and Skokomish Indian Tribe,*
USDC#: 3:16-MC-05002-BHS/3:04-CR-5226-2) - 2